433 A.2d 137

Commonwealth v. Herring, Appellant.

Submitted November 14, 1980. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.

433 A.2d 138

Commonwealth v. Jamieson, Appellant.

Submitted November 14, 1980. Joseph C. Jamieson, appellant, in propria persona; Paul J. Susko, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Orders of the lower court entered August 13, 1979 and August 24, 1979 affirmed.